```
                                              F I L E D
                                         CLERK, U.S. DISTRICT COURT

                                              1/23/2024

                                         CENTRAL DISTRICT OF CALIFORNIA
                                         BY: _____TV_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| UNITED STATES OF AMERICA, | ED CR No. 5:24-cr-00023-MWF |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 1111, 7(3): First Degree Murder Within the Special Maritime and Territorial Jurisdiction of the United States] |
| KENNETH RAY JOHNSON III, | |
| Defendants. | |

The Grand Jury charges:

[18 U.S.C. §§ 1111, 7(3)]

On or about February 11, 2021, in San Bernardino County, within the Central District of California, and within the special maritime and territorial jurisdiction of the United States, namely, the United States Penitentiary at Victorville, California, defendant KENNETH RAY JOHNSON III willfully, deliberately, maliciously, and with

//
//
//

premeditation and malice aforethought, unlawfully killed D.K., a human being.

                                        A TRUE BILL

                                            /s/
                                        ─────────────────────
                                        Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Chief, Violent and Organized
Crime Section

MARIA JHAI
Assistant United States Attorney
Violent and Organized Crime
Section